1  JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
   Attorney at Law
2  2044 First Avenue, Suite 200
   San Diego, California 92101
3  (619) 238-0815

4
   Attorney For Defendant Alfredo Acevedo-Tamayo
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  Crim. Case No. 08mj8183-PCL
                                      )
12                                    )  STIPULATION FOR CONTINUANCE
                Plaintiff,            )  OF HEARING DATE TO CHANGE
13                                    )  PLEA AND ORDER THEREON
   v.                                 )
14                                    )
   ALFREDO ACEVEDO-TAMAYO,            )
15                                    )
                Defendant.            )
16                                    )
                                      )
17 _____)

18     COMES NOW, United States of America, by and through its

19 attorney of record, Assistant U.S. Attorney, John Weiss, Esq., and

20 Alfredo Acevedo-Tamayo, by and through his attorney of record, James

21 Matthew Brown, APLC and hereby stipulate as follows:

22     The above matter is scheduled for a change of plea hearing

23 before the Honorable Peter C. Lewis, United States Magistrate Judge,

24 on April 17, 2008 at 1:30 p.m.

25     The parties request the above matter be re-scheduled because

26 counsel for the defendant will be out of the District from April 16,

27 2008 through April 20, 2008.

28     In addition thereto, counsel for the defendant will be

1 | appearing before Judge Lewis on April 22, 2008 on a different case
2 | and the convenience of handling both matters will be most beneficial
3 | to all parties.

4 | Based on the aforementioned both parties agree to continue the
5 | above matter to April 22, 2008 at 1:30 p.m. before the Honorable
6 | Magistrate Judge Peter Lewis.

7 | IT IS SO STIPULATED.

8 | DATED: 3/31/08          LAW OFFICES OF JAMES MATTHEW BROWN, APLC

9
10 |                             By:   S/James Matthew Brown
                                       James Matthew Brown
                                       Attorney for Defendant
11

12 | DATED:3/31/08                UNITED STATES ATTORNEY'S OFFICE

13
14 |                             By:   S/ John Weiss
                                       AUSA John Weiss
                                       Attorney for Plaintiff
15

**ORDER**

16 | The Court having considered the Stipulation for Continuance of
17 | Defendant Alfredo Acevedo-Tamayo's hearing date for his change of
18 | plea and good cause appearing therefore the date for the change of
19 | plea is continued to _____ , 2008 at 1:30 p.m.
20 | DATED: _____ .

21
22
23 |                             _____.
                                 HONORABLE PETER C. LEWIS
24 |                             United States District Court
                                 Magistrate Judge
25
26
27
28

2