AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Alfredo Acevedo-Tamayo | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08 cr 949 L |

I, _____Alfredo Acevedo-Tamayo_____, the above named defendant, who is accused of

21 USC 952, 960 importation of marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____March 27, 2007_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd