```
 1 | JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
   | Attorney at Law
 2 | 2044 First Avenue, Suite 200
   | San Diego, California 92101
 3 | (619) 238-0815
 4 |
   | Attorney For Defendant Alfredo Acevedo-Tamayo
 5 |
```



FILED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     cf          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim. Case No. 08mj8183-PCL |
|---|---|---|
|  | ) | 08CR 949-L |
|   Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF HEARING DATE TO CHANGE PLEA AND ORDER THEREON |
| v. | ) |  |
| ALFREDO ACEVEDO-TAMAYO, | ) |  |
|   Defendant. | ) |  |

COMES NOW, United States of America, by and through its attorney of record, Assistant U.S. Attorney, John Weiss, Esq., and Alfredo Acevedo-Tamayo, by and through his attorney of record, James Matthew Brown, APLC and hereby stipulate as follows:

The above matter is scheduled for a change of plea hearing before the Honorable Peter C. Lewis, United States Magistrate Judge, on April 17, 2008 at 1:30 p.m.

The parties request the above matter be re-scheduled because counsel for the defendant will be out of the District from April 16, 2008 through April 20, 2008.

In addition thereto, counsel for the defendant will be

appearing before Judge Lewis on April 22, 2008 on a different case and the convenience of handling both matters will be most beneficial to all parties.

Based on the aforementioned both parties agree to continue the above matter to April 22, 2008 at 1:30 p.m. before the Honorable Magistrate Judge Peter Lewis.

IT IS SO STIPULATED.

DATED: 3/31/08        LAW OFFICES OF JAMES MATTHEW BROWN, APLC

By: S/James Matthew Brown
    James Matthew Brown
    Attorney for Defendant

DATED: 3/31/08        UNITED STATES ATTORNEY'S OFFICE

By: S/ John Weiss
    AUSA John Weiss
    Attorney for Plaintiff

**ORDER**

The Court having considered the Stipulation for Continuance of Defendant Alfredo Acevedo-Tamayo's hearing date for his change of plea and good cause appearing therefore the date for the change of plea is continued to 4-22-08, 2008 at 1:30 p.m.

DATED: 4-14-08

HONORABLE PETER C. LEWIS
United States District Court
Magistrate Judge

2