MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs ALFREDO ACEVEDO-TAMAYO                     No. 08CR0949-L

The Court finds excludable delay, under the section indicated by check ( √ ),

commenced on 4/22/08 _____ and ended on ___ 7/7/08 _____ ; (    )

_____ and ended on _____ . (    )

3161(h)
___ (1)(A)      Exam or hrg for **mental or physical incapacity**                    A
___ (1)(B)      **NARA examination** (28:2902)                                        B
___ (1)(D)      State or Federal trials or **other charges pending**                  C
___ (1)(E)      **Interlocutory appeals**                                             D
___ (1)(F)      **Pretrial motions** (from flg to hrg or other prompt dispo)          E
___ (1)(G)      **Transfers from other district** (per FRCrP 20, 21 & 40)             F
___ (1)(J)      **Proceedings under advisement** not to exceed thirty days            G
___             Misc proc:  Parole or prob rev, deportation, **extradition**          H
___ (1)(H)      **Transportation** from another district or to/from examination       6
                or hospitalization in ten days or less
___ (1)(I)      Consideration by Court of **proposed plea agreement**                 7
___ (2)         **Prosecution deferred** by mutual agreement                          I
___ (3)(A)(B)   **Unavailability of defendant** or **essential witness**              M
___ (4)         **Period of mental or physical incompetence** of defendant to         N
                stand trial
___ (5)         Period of **NARA commitment or treatment**                            O
___ (6)         **Superseding indictment and/or new charges**                         P
___ (7)         **Defendant awaiting trial of co-defendant** when no severance        R
                has been granted
___ (8)(A)(B)   Continuances granted per (h)(8)-use "T" alone if more than            T
                one of the reasons below are given in support of continuance
___ (8)(B)(I)   1) Failure to grant a **continuance** in the proceeding               T1
                   would result in a **miscarriage of justice** and
                   the ends of justice outweigh the best interest
                   of the public and the defendant in a speedy trial.
                   (Continuance - miscarriage of justice)
X               2) Failure to grant a **continuance** of the trial would result in
                   a miscarriage of justice as the defendant has tendered a
                   guilty plea to a magistrate judge and is awaiting a
                   determination as to whether the plea will be accepted.
                   (Continuance - tendered a guilty plea)
___ (8)(B)(ii)  2) **Case unusual or complex**                                        T2
___ (8)(B)(iii) 3) **Indictment following arrest cannot be filed** in thirty (30) days T3
___ (8)(B)(iv)  4) **Continuance granted** in order to obtain or substitute counsel,  T4
                   or give reasonable time to prepare
                   (Continuance re counsel)
___ 3161(I)     Time up to **withdrawal of guilty plea**                              U
___ 3161(b)     **Grand jury indictment time extended** thirty (30) more days         W

Date 4/22/08 _____                    _____
                                              Judge's Initials